UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DOUGLAS LOGAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:10-cv-01315-TWP-TAB |
| | ) |
| USA TRACK & FIELD, INC., | ) |
| | ) |
| Defendant. | ) |

**CASE MANAGEMENT PLAN ORDER**

\_\_\_\_\_X\_\_\_\_   PARTIES APPEARED BY COUNSEL ON JANUARY 12, 2011, FOR AN INITIAL PRETRIAL CONFERENCE.

\_\_\_\_\_X\_\_\_\_   APPROVED AS SUBMITTED.

_____   APPROVED AS AMENDED.

_____   APPROVED AS AMENDED PER SEPARATE ORDER.

_____   APPROVED, BUT ALL OF THE FOREGOING DEADLINES ARE SHORTENED/LENGTHENED BY _____ MONTHS.

_____   APPROVED, BUT THE DEADLINES SET IN SECTION(S) _____ OF THE PLAN IS/ARE SHORTENED/LENGTHENED BY _____ MONTHS.

_____   THIS MATTER IS SET FOR TRIAL BY _____ ON _____ _____.   FINAL PRETRIAL CONFERENCE IS SCHEDULED FOR _____ AT _____ .M., ROOM _____.

_____   A SETTLEMENT/STATUS CONFERENCE IS SET IN THIS CASE FOR _____ AT _____ .M. COUNSEL SHALL APPEAR:

_____ IN PERSON IN ROOM _____; OR

_____ BY TELEPHONE, WITH COUNSEL FOR _____
INITIATING THE CALL TO ALL OTHER PARTIES AND ADDING THE
COURT JUDGE AT (317) 229-3660.

_____ BY TELEPHONE, WITH COUNSEL CALLING THE
JUDGE'S STAFF AT (317) 229-3660.

\_\_\_\_\_X\_\_\_\_ DISPOSITIVE MOTIONS SHALL BE FILED NO LATER THAN
SEPTEMBER 20, 2011.

Defendant shall confer with counsel regarding its updated settlement position and counsel shall contact the Magistrate Judge to provide an update by January 21, 2011. Defendant's motion to strike [Docket No. 18] is denied as moot.

Upon approval, this Plan constitutes an Order of the Court. Failure to comply with an Order of the Court may result in sanctions for contempt, or as provided under Rule 16(f), to and including dismissal or default.

01/14/2011
Date

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

Charles B. Baldwin
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
charles.baldwin@odnss.com

Amanda C. Couture
DELANEY & DELANEY
acouture@delaneylaw.net

Kathleen Ann DeLaney
DELANEY & DELANEY LLC
kathleen@delaneylaw.net

Todd J. Kaiser
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
todd.kaiser@odnss.com

Bonnie L. Martin
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
bonnie.martin@odnss.com

Ebony Andrea Reid
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
ebony.reid@ogletreedeakins.com